**XIA FEN HUANG, Petitioner,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE, Peter D. Keisler,\* Attorney General, Respondents.**

**No. 06–5420–ag.**

United States Court of Appeals, Second Circuit.

Sept. 20, 2007.

---

\* Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Acting Attorney General Peter D. Keisler is automatically substituted for former Attorney General Alberto R. Gonzales as a respondent in this case.

David X. Feng, The Feng Law Firm P.C., New York, NY, for Petitioner.

Lisette M. Reid, Assistant United States Attorney (R. Alexander Acosta, United States Attorney, Anne R. Schultz, Laura Thomas Rivero, Assistant United States Attorneys, on the brief), United States Attorney's Office for the Southern District of Florida, Miami, FL, for Respondents.

PRESENT: ROGER J. MINER, JOSÉ A. CABRANES and ROBERT A. KATZMANN, Circuit Judges.

## SUMMARY ORDER

Petitioner Xia Fen Huang, a native and citizen of the People's Republic of China, seeks review of an order of the Board of Immigration Appeals ("BIA"), affirming an order of an Immigration Judge that, in pertinent part, denied petitioner's application for asylum, withholding of removal and relief under the Convention Against Torture. *In re Xia Fan Huang,* No. A 96 395 211 (B.I.A. Oct. 31, 2006), *aff'g* No. A 96 395 211 (Immig. Ct. New York May 24, 2005). We assume the parties' familiarity with the facts and procedural history of the case.

On September 5, 2007, we entered an order directing the Government to inform us whether it believes the instant case should also be remanded in light of our recent decision in *Ying Zheng v. Gonzales,* 497 F.3d 201, 203–04 (10th Cir.2007). The government responded that remand would be appropriate in order for the BIA to reconsider its decision in light of *Zheng.*

For the foregoing reasons, the petition for review is **GRANTED** and the cause is **REMANDED** for further consideration consistent with this order.